# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2351
Lower Tribunal No. 2019-CA-010562

_____

CBRE, INC.,

Appellant,

v.

DIDIERGROUP, LLC, BLAKE PLUMLEY, CAPITAL PURSUITS LLC, and RISON CORNERS PROPERTY LLC,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

May 1, 2026

MIZE, J.

Appellant, CBRE, Inc., appeals from a final judgment for attorneys' fees and costs entered by the trial court in favor of Appellee DidierGroup, LLC. As the underlying final judgment on which the final judgment for attorneys' fees and costs was predicated was reversed by this Court in its opinion in *CBRE, Inc. v. DidierGroup, LLC*, No. 6D2023-3011, 2026 WL 706229, at *1 (Fla. 6th DCA Mar. 13, 2026), the final judgment for attorneys' fees and costs likewise must be

reversed. *See Jupiter Mall Realty Corp. v. Rosner's, Inc.*, 614 So. 2d 52, 52 (Fla. 4th DCA 1993); *Marty v. Bainter*, 727 So. 2d 1124, 1125 (Fla. 1st DCA 1999) ("[A]n award of attorney's fees and costs predicated on a reversed or vacated final judgment also must be reversed."). This reversal is without prejudice to either party seeking attorneys' fees at the conclusion of the proceedings below.

REVERSED and REMANDED.

STARGEL and PRATT, JJ., concur.


Elliot H. Scherker, Brigid F. Cech Samole, and Bethany J.M. Pandher, of Greenberg Traurig, P.A., Miami, for Appellant.

Celene H. Humphries, of Celene Humphries, PLLC, Spring City, Tennessee, for Appellee, DidierGroup, LLC.

No Appearance for Appellees, Blake Plumley, Capital Pursuits LLC, and Rison Corners Property LLC.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED